UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BIG WILL ENTERPRISES, INC.,**

   Plaintiff,

v.                                                                    No. 4:23-cv-00197-P

**SOLERA HOLDINGS, INC.,**

   Defendant.

## FINAL JUDGMENT

   This judgment is issued pursuant to FED. R. CIV. P. 58(a). This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED** that this suit is **DISMISSED without prejudice**. The Clerk shall transmit a true copy of this judgment to the parties.

   **SO ORDERED** on this **14th day** of **March 2023.**

*[Signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE